IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30481
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OLIVER MYLES,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 91-CR-410-F
- - - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Oliver Myles, prisoner no. 24494-077, appeals the district

court's denial of his motion for reconsideration of the district

court's order granting the Government's motion to reduce Myles'

sentence by 12 months pursuant to Fed. R. Crim. P. 35(b) for his

assistance in the prosecution of other conspiracy members.  Myles

argues that the Government breached its agreement to recommend a

greater reduction.

The district court lacked jurisdiction to consider Myles'

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion, which was filed more than a year following the district court's ruling on the Rule 35(b) motion.  See United States v. Cook, 670 F.2d 46, 48-49 (5th Cir. 1982).  Myles' request for appointment of counsel is DENIED.

AFFIRMED.